IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

JACKY DANIEL JONES,                )
                                   )
            Plaintiff,             )
                                   )
     v.                            )     1:25CV78
                                   )
FORSYTH COUNTY, et al.,            )
                                   )
            Defendant(s).          )

## ORDER

On March 5, 2025, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties in accordance with 28 U.S.C. § 636(b). Objections were filed within the time limits prescribed by section 636. (Doc. 9.)

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objections were made and has made a de novo determination in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that this action is dismissed pursuant to 28 U.S.C. § 1915A for failing to state a claim upon which relief may be granted.

           /s/   Thomas D. Schroeder
           United States District Judge

April 23, 2025